# NEW YORK SUPREME COURT
# SPECIAL TERM REPORTS.

## OCTOBER TERM, 1844.

### MR. CHIEF JUSTICE NELSON PRESIDING.

#### PEOPLE ex rel. CRANDALL vs. BABCOCK.

The admission by defendant of *due* service of information, does not authorize the plaintiff to enter a default for want of a plea in twenty days, where by the rules the defendant is entitled to double time (40 days) to plead.

*Motion by Defendant to set aside default and subsequent proceedings.*—Entered by the relator in twenty days after the date of admission of the due service of the information, which was served through the post office on the defendant's attorneys. The defendant's counsel insisted they had forty days to plead under the rules of court—that the default was irregular.

The relator's counsel insisted that defendant's attorneys having signed and returned an admission of *due* service of the information, the default was regular in being entered in twenty days after the date of such due service.

BOWNE & CRIPPEN, *Defts Attys.*      G. P. BARKER, *Atty Gen for Rel.*

Decided, that the defendant has double time to plead by the rules, the admission of due service, being nothing more than admitting due service through the post office,—it can not take it out of the rule.

Motion granted with costs.